FILED
NOV 1 3 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States District Court
Northern District of Indiana
5400 Federal Plaza
Hammond, Indiana 46320
Telephone:   (219) 852-5500

November 7, 2007

United States District Court Clerk's Office
309 US Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

RE:   USA V. Shirley Bernice Johnson
      Northern District of Indiana Cause No.:      2:07-MJ-141
      Central District of Illinois Cause No.:      03-6036M

Dear Clerk:

Enclosed please find copy of the docket sheet and copies of pertinent documents reflecting proceedings held as a result of the above Defendant's recent arrest in the Northern District of Indiana.

Please feel free to contact the undersigned should there be any questions.  Thank you.

Sincerely,

STEPHEN R. LUDWIG, Clerk

BY: s/ Susan M. Brown, Deputy Clerk

Enc. as ind.

TERMED

# U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (Hammond)
### CRIMINAL DOCKET FOR CASE #: 2:07-mj-00141-PRC All Defendants
### Internal Use Only

Case title: United States of America v. Johnson
Other court case number: 03-6036M USDC Central District of Illinois

Date Filed: 11/01/2007

Assigned to: Magistrate Judge Paul R Cherry

**Defendant**

**Shirley Johnson** (1)     represented by **Jerome T Flynn - FCD**
Federal Community Defenders Inc - Ham/IN
Northern District of Indiana
31 Sibley Street
Hammond, IN 46320
219-937-8020
Fax: 219-937-8021
Email: Jerry_Flynn@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pending Counts**     **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**     **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**     **Disposition**

18:751A.F Escape from institution or facility confined by direction of the Attorney General

**Plaintiff**

**United States of America**            represented by   **Nicholas J Padilla - AUSA**
US Attorney's Office - Ham/IN
5400 Federal Plaza Suite 1500
Hammond, IN 46320
219-937-5500
Fax: 219-852-2770
Email: nick.padilla@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2007 | 1 | COMPLAINT filed Central District Illinois 03-6036M as to Shirley Johnson (1). (smb) (Entered: 11/01/2007) |
| 11/01/2007 |  | Arrest of Shirley Johnson (smb) (Entered: 11/01/2007) |
| 11/01/2007 | 2 | INITIAL APPEARANCE as to Shirley Johnson held on 11/1/2007 before Judge Paul R Cherry. Govt appeared by AUSA N Padilla. Dft appeared w/out cnsl. T Cooper appeared on behalf of U S Probation/Pretrial Services. Defend adv of rights, charges pending in Central Dist Illinois. Defend advised of procedural options. Defend rqsts appt of cnsl. Defend sworn and responds to Court's inquiry as to financial obligations. Court finds Defend does not have sufficient funds to retain cnsl and directs the Clerk to notify FCD Office for apt of cnsl. Initial Appearance/R40 Hearing continued to 11/2/2007 01:30 PM in Hammond before Magistrate Judge Paul R Cherry. Defend remanded custody USM. (Tape #FTR.) (smb) (Entered: 11/01/2007) |
| 11/02/2007 | 3 | ATTORNEY APPEARANCE: Jerome T Flynn - FCD appearing for Shirley Johnson (Flynn - FCD, Jerome) (Entered: 11/02/2007) |
| 11/02/2007 | 4 | INITIAL APPEARANCE - RULE 5(c)(3) as to Shirley Johnson held on 11/2/2007 before Judge Paul R Cherry. Govt appeared by AUSA N Padilla. Dft appeared in person and by atty J Flynn. T Cooper appeared on behalf of U S Pretrial Services. Defend waives identity hearing. AO 466 form Waiver of Rule 40 Hearing entered of record. Defend committed to Central District of Illinois for further proceedings. Defend remanded USM. (Tape #FTR.) (smb) (Entered: 11/07/2007) |
| 11/02/2007 | 5 | WAIVER of Rule 40 Hearings by Shirley Johnson (smb) (Entered: 11/07/2007) |
| 11/02/2007 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Shirley Johnson. Defendant committed to Central District of Illinois. Signed by Judge Paul R Cherry on 11/2/2007. (smb) (Entered: 11/07/2007) |
| 11/07/2007 | 7 | Letter from USDC Hammond Clerk to USDC Central Illinois Clerk enclosing original file documents and copy of docket sheet. (smb) (Entered: 11/07/2007) |
| 11/07/2007 |  | (Court only) ***Case Terminated as to Shirley Johnson (smb) (Entered: 11/07/2007) |

AO 466 (Rev. 8/01) Waiver of Rule 40 Hearings

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __INDIANA__

UNITED STATES OF AMERICA

V.

__SHIRLEY JOHNSON__
Defendant

**WAIVER OF RULE 40 HEARINGS**
(All Criminal Cases)

JUDGE: Magistrate Judge Paul R Cherry

CASE NUMBER: 2:07-MJ-141

I understand that charges are pending in the __Central__ District of __Illinois__ alleging violation of __18:§751 Escape__ and that I have been arrested in this district and
(Title and Section / Probation / Supervised Release)
taken before a United States magistrate judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;

*- Check one only -*

[X] **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

(3) a preliminary examination (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

[ ] **PROBATION OR SUPERVISED RELEASE CASES:**

(3) a preliminary examination (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release; and
(4) a hearing under Rule 46 (c), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) identity hearing

( ) preliminary examination

( ) identity hearing and have been informed I have no right to a preliminary examination

(X) identity hearing but request a preliminary examination be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

*Shirley R. Johnson*
Defendant
s/ Attorney

11/02/07
Date

Defense Counsel

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## __Northern__ District __Indiana__

| UNITED STATES OF AMERICA<br>V.<br>SHIRLEY JOHNSON | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  |  | 03-6036M | 2:07-MJ-141 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   ✓ Complaint   ☐ Other (specify)

**charging a violation of**   18   **U.S.C. §** 751

**DISTRICT OF OFFENSE**
United States District Court Central District of Illinois

**DESCRIPTION OF CHARGES:**

Escape from an institution or facility confined by diretion of the Attorney General for a felony conviction

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**   ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ✓ No   ☐ Yes   Language: _____

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| 11/02/07 | S/Paul R Cherry |
|---|---|
| Date | United States Judge or Magistrate Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |

6

JUN.-13'03(FRI) 14:10    PEORIA C-IL SUB OFFC    TEL:3096717845    P.002

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF ___Central___ ___Illinois___

**FILED**
JUN 18 2003
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

Bernice Shirley Johnson
Pekin Prison Camp
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 03-6036m

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___June 12, 2003___ in ___Peoria___ county, in the ___Central___ District of ___Illinois___ defendant(s) did, (Track Statutory Language of Offense)

escape from the custody Attorney General and an institution or facility in the Bureau of Prisons where Shirley Johnson was confined by direction of the Attorney General for a felony conviction

in violation of Title ___18___ United States Code, Section(s) ___751___.

I further state that I am a(n) ___Deputy U.S. Marshall___ and that this complaint is based on the following facts:

(see attached affidavit)

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

s/ U S Marshal
Signature of Complainant
Glen Williams

Sworn to before me and subscribed in my presence,

___June 13, 2003___ at ___Peoria IL___
Date                                                City and State

Michael M. Mihm U.S. District Judge
Name & Title of Judicial Officer

s/ Michael M. Mihm
Signature of Judicial Officer

JUN 13 2003 15:21                 3096717845    PAGE.02

# AFFIDAVIT

I John Glen Williams am a Deputy United States Marshal and have been for the approximately 12 years. I am presently assigned to the Peoria, IL Office in the Central District of Illinois.

On or about February 20, 2002, Shirley Johnson was sentenced by District Judge James T. Moody for the Northern District Of Indiana to 78 months in the United States Bureau of Prisons Custody. This Sentence was for violations of Title 18 USC 1956 Money Laundering Conspiracy, Title 18 USC 1957 Unlawful Monetary Transaction and Title 18 USC 1956 Money Laundering.

On June 10, 2003 at 4:00 pm inmate Shirley Johnson # 06537-027 was approved for a medical furlough in order to obtain medical treatment at Methodist Medical Center in Peoria, IL with a return date of no later than June 13, 2003 at 3:30 PM. On June 12, 2003 I was informed by the Pekin Federal Correctional Institution that Shirley Johnson had walked out of the Methodist Hospital at 11:00 pm. She was placed on Escape status by the Federal Bureau of Prisons.

s/ U S Marshal

John Glen Williams
Deputy United States Marshal

Subscribed and Sworn to Before
me on June 13, 2003

s/ Michael M. Mihm

Michael M. Mihm
UNITED STATES DISTRICT JUDGE

-13'03(FRI) 14:09  PEORIA C-IL SUB OFFC        TEL:3096717845            P.001

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

Central _____ DISTRICT OF _Illinois_

UNITED STATES OF AMERICA
v.

Shirley Johnson

**WARRANT FOR ARREST**

CASE NUMBER: 03x (illegible)

TRUE COPY ATTEST
JOHN M. WATERS, CLERK
K. Burns
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 6/13/03

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Shirley Johnson___
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Escape from an institution or facility confined by direction of the Attorney General for a felony conviction

In violation of Title __18__ United States Code, Section(s) __751__

s/ Michael M. Mihm
Signature of Issuing Officer

U.S. District Judge
Title of Issuing Officer

6/13/03 — Peoria, IL
Date and Location

s/ Michael M. Mihm

Bail fixed at $ __Detention requested__ by __U.S. District__
                                              Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |