E-FILED
Wednesday, 28 November, 2007  10:44:48 AM
Clerk, U.S. District Court, ILCD



FILED

NOV 2 7 2007

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### AT PEORIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-_10127_ |
| ) | |
| SHIRLEY BERNICE JOHNSON, ) | VIO: Title 18, United States |
| ) | Code, Section 751(a) |
| Defendant. ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

On or about June 13, 2003, in the Central District of Illinois, the defendant,

SHIRLEY BERNICE JOHNSON,

did knowingly escape from the custody of the Attorney General and his

authorized representative, and from an institution and facility in which she was

lawfully confined by the direction of the Attorney General, to wit: from the

Methodist Medical Center, Peoria, Illinois, while on a medical treatment furlough

authorized by the then Acting Warden of the Federal Prison Camp, Pekin,

Illinois, where said custody was by virtue of a judgment and commitment of the

United States District Court for the Northern District of Indiana upon the

defendant's conviction for the commission of the following offenses: Money

Laundering Conspiracy, in violation of Title 18, United States Code, Section

1956(h); Unlawful Monetary Transaction, in violation of Title 18, United States

Code, Section 1957; and Money Laundering, in violation of Title 18, United States

Code, Section 1956(a)(1)(B)(i),

All in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL

s/ Foreperson

Foreperson

s/Bradley Murphy

RODGER A. HEATON
UNITED STATES ATTORNEY

GRW