# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**  )
   Plaintiff  )
  )
  ) CASE NO. **07-10127**
  )
**Shirley Johnson**  )
   Defendant  )

SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **3:00 p.m. on Friday, January 11, 2008.**

This matter is set for Jury Trial at **9:00 a.m.** on **Monday, January 28, 2008**

at

[ X ] Peoria, Illinois

before the Honorable Joe B. McDade, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 30th day of November, 2007.

                                         /s/ John A. Gorman

                                         JOHN A. GORMAN
                                         U.S. MAGISTRATE JUDGE