AO 442 (Rev. 12/85) Warrant for Arrest

**E-FILED**
Friday, 07 December, 2007 11:30:36 AM
Clerk, U.S. District Court, ILCD

# United States District Court    FILED

___Central___ DISTRICT OF ___Illinois___    DEC - 7 2007

UNITED STATES OF AMERICA
V.

Shirley Johnson

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**WARRANT FOR ARREST**

07-10127

CASE NUMBER: 03-6036M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Shirley Johnson___
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Escape from an institution or facility confined by direction of the Attorney General for felony conviction

in violation of Title ___18___ United States Code, Section(s) ___751___

Michael M. Mihm                    U.S. District Judge
Name of Issuing Officer             Title of Issuing Officer
s/ Michael M. Mihm
                                    6/13/03 — Peoria, IL
Signature of Issuing Officer        Date and Location

Bail fixed at $ ___Detention requested___ by ___US District Judge Michael Mihm___
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at ___Gary, IN___ |

| DATE RECEIVED 06/16/03 | NAME AND TITLE OF ARRESTING OFFICER U.S. Marshal Service DUSM'c | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 11/01/07 | | |