*my wife*

Honorable judge Mc dade : shirley johnson is my wife and i love her. Shes a very good and loving person. I"ve known shirley since i was nine years old i have always loved shirley. I always knew i was going to marry her. Because over the year we saw each other a lots of time and then when we became adults 18 and 20 we got married and have been married 35 years. Im telling you all of this because i need shirley i cant live with out her . we have only been apart one time that was when i was in the army in 1976. Your honor can you please find it in your heart to forgive shirley and let her come home to her family. Thats me her daughter and three Grandson that are really sad that happen to there grandmother they really need her and so do i. If you are married you no what i mean its all about the family. Shirley and i believe in god and so do all of our kid and grand kids shirley teaches them the Bible. Shirley has sufferd so much your honor . Please let her come home to us. Is there any thing i can do to get shirley freed i will do any thing.. i need shirley help she will get a job as soon as she get home and she will help pay for this home she loves so much . That all she wants to do . please let shirley come home you honor. This is a story a true story about shirley and how good she is and inisiant she is shirley had a uncle that was dieing of tb no one would go around him being afraid they would catch it but shirley said ill watch over him god will keep me safe she was about 13 years old . You honor shirley never got tb never got sick for that god is good . shirley is good please talk to shirley and you will see youself. thank you and god bless you MR, THERRION JOHNSON SCHOOL BUS DRIVER .

---

This is the letter I wrote the Judge

you are alive and well she was so worried about you, me she can help but she couldnt help me on the mortgage I see. That 5,000 that april woman are you

**FILED**
FEB 2 1 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

5,000 } me
5,000 } april
5,000 } mother maybe
———
15,000

I try Love



# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Peoria)
## CRIMINAL DOCKET FOR CASE #: 1:07-cr-10127-JBM-JAG-1

Case title: USA v. Johnson
Other court case number: 03-6036 U.S.District Court - CDIL

Date Filed: 11/27/2007

| Date Filed | # | Docket Text |
|---|---|---|
| 01/25/2008 |  | Minute Entry for proceedings held before Magistrate Judge John A. Gorman:Parties present in open court by AUSA Murphy (for Walters), FPD Bryning with defendant Shirley Bernice Johnson for Blind Change of Plea Hearing at 1:30 p.m. on Friday, 1/25/2008. Written Notice and Consent to Plead before Magistrate Judge filed in open court. Report and Recommendation to enter by Magistrate Judge recommending that Plea be accepted and adjudication of guilt be entered. This matter is referred to Probation Office for a presentence investigation and report. This case is set for Sentencing at 1:15 p.m. on Friday, 4/11/2008 in person in Peoria (in Courtroom D) before Judge Joe Billy McDade. Order on Implementation of Sentencing Guidelines entered. Court vacates the jury trial set for 1/28/08. Defendant remanded to custody of USM. (Tape #PR-C 1:39 PM) (KB, ilcd) (Entered: 01/28/2008) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 01/28/2008 12:50:39 | | |
| PACER Login: | fp0079 | Client Code: |
| Description: | Docket Report | Search Criteria: 1:07-cr-10127-JBM-JAG Start date: 1/25/2008 |
| Billable Pages: | 1 | Cost: 0.08 |

*[upside down at top:]* I am Not Guilty, Please let me go Home, In Jesus Name I ask it.'s

READ?
Timothy 2:10

" There is NO ONE that can make a good Godbless woman Like Shirley Johnson into a Lover of money or drug's, I never believed that someone like myself could come under such evil Lie's as this sick so called case, Please stop makeing up the Lie as it go and listen to the truth. I never would give up being saved and full of the Holy Ghost for Prison or Jail, money drug's or a sinner's will. I am not a doer of sin and I was not raised by my Parents to suffer a Pack of Stranger's lie's about money, "I should have Never Been Locked up in 2001 and The court in Hammond IND Know's this fact. I don't want to sue them anymore I just want to go Home ? "Amen"

GET THE TRUTH
I am Not Guilty That's A Fact
Home Phone 219-977-9584

Mrs. Shirley B. Johnson
4447 West 24th Place
Gary, Indiana
46404