FILED
FEB 21 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Thursday, 21 February, 2008 03:55:43 PM
Clerk, U.S. District Court, ILCD

Help to learn about The new Law about the Reduction Please? Thank you Judge Mcdade I am still praying for your Health

Dear Judge McDade,

My name is _____ Johnson and I am suppose to be brought before you on April 11, 2008 for a sentence that I am sure is wrong "If I don't get to go home" because I do not and never have done any of the things that started this bold thing "in the Federal Courts of Indiana and now it's in your court in Peoria Illinois I am Begging for you your Honor" to "Please?" Stop the Madness and sinful Hatred of people on me and my family's lives "Please"? Please"? If you Believe in Jesus Christ" you must Believe and really Hear what I have been trying to explain to strangers and "law? people" that just read papers and tell lies they locked me up and never gave me a chance to defend myself or Have a Honestly attorney that listens and knows the truth and really do there jobs right. But now that I have suffered so many damages from these lies in the Hammond Federal court because of my son Being involved possibly in the drug thing. That isn't me that's him, and I want to know why did I get locked up for something that I never knew anything about and this topped with my only daughter, being on her 5th c-section and there was (no) one there with her I wanted to go be with her like I always do plus I was thinking the reduction of that sentence or what my son was getting done for me in the Indiana Federal court in Hammond with his Chicago, Illinois attorney Joshua D. Vincent whom did get his sentence reduced But they say since he left the hospital early they call it a escape But when I looked on my computer it said I was released on 6-13-2003

2-15-2008
Dear Walton

"I could never Break any law Judge McDade my Background is clean ask my mother"

"I never knew there was a warrant in Illinois for me" 4 years is not a lot of a word so I stayed Home and even before the courts in my State of Indiana wrongfully done this to me I always stay in my House just being a grandmother and a Housewife that's why I just do not "Jesus Christ Know" I just cannot understand why the Judge in the Hammond, Indiana Federal Court just sent me a older woman who know's nothing about drug's or "illegal money" like that court said. God Know's I don't want to know anything about drug's or money either someone unknown to me just up and lied on me or that law suit I did about my daughter "Baby wrongful Death against Gary, Indiana Methodist" Hospital Brought all these lie's to my Home front door. "You must let me go Home please" I really am "inocent" and that's why I went ("Home") I am and have alway's been a God fearing mother and wife + I love people I am in "serious shock" ① that this stupid stuff is in any court in USA I love Jesus & represent the True Vine Christ Jesus all of my adulthood so it's ⓑ the Devil that is lying on me I never thought winning a "over $300.000" law suit, then putting $180.000 of it in "my Bank" acc. would cause a Hell prison all that was done was my daughter gave Her Brother Gregory Roode some money and I told him to give it Back to Her and He did then I put the money in the my Bank and that's not against the law or money Laundering people need to pray that God have Mercy on them for there sin against people they lie on, Thank you my God Bless you all Amen Shirley B Johnson

P.S. "Please"? Please do the right thing let me go Home) I am not a fugitive