E-FILED
Tuesday, 04 March, 2008 11:57:51 AM
Clerk, U.S. District Court, ILCD

FILED
MAR - 3 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Honorable Judge McDade

Could you please let my Grandmother come home now she's been gone a long time we need her to read the bible to us and cook for us and clean and wash our school and get us up in the morning to go to to school. Can you please let her come home. My Name Trey Johnson I'm her oldest Grandson I'm Thirteen years old she always talk to me and help me with my home work I love my Grandma and miss her, we are sorry for I Grand mother why do she have to suffer so much for something she didn't do. she just keep us for our grandmother while she work every since we where born.

Please let here come come