E-FILED
Thursday, 06 March, 2008  11:02:58 AM
Clerk, U.S. District Court, ILCD

07-10127

Dear Judge please let my granmother go pleas! I miss her so much so may you let her go. Because we need help with the chores. The rest of the letter is for my grandmother.

Dear granmother I hope your ok how come you did 4 Siemme a birthday card but it's ok When you get out I will do better And We will have tow purties. I love you God bluss you

your granson Berrun

My GRand mother
is Shirley Johnson
Pleise let my
GRnd mother conre
none to us

**FILED**

MAR – 6 2008

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS