*Mr Therrion Johnson*

E-FILED
Friday, 04 April, 2008 11:44:42 AM
Clerk, U.S. District Court, ILCD

07-JO127

- dear honorable judge mcdade im writing you again to ask you to help my dear wife shirley johnson when she comes before you on april 11 2008 no one has listen to my wife yet you are her last hope in this endless night mare that has happen to our family can you please look into you heart to help shirley she is a very good person she love god and her children and her grandchildren and i no she love me and i love her more then life.i will do any thing to get my wife out of this thing that she has no part in . she is just a mother in this ,shirley has always been with me and havent never did any thing wrong and has never hurt anybody. but she is aways been getting hurt.can you stop the hurting of my wife please .we are a family like and average family in america we just want to have a life together before we die .im not in the best of health and neither is shirley we love each other that why weve been together 35 years that is a life time,my wife is not a criminal as anybody that talk to her and witness her can see she love god word.thats her hole life please give my wife shirley johnson a chance please your honor and let her come home to us her family rutha ,trey,comell devaun. isaiah, therrion johnson.thank you and may the lord watch over my wife shirley in her time of need in jesus name i pray therrion johnson

**FILED**

APR - 5 2008

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF IWNOIS