s/U.S. Missouri Ave
Morton, IL  61550
February 21, 2008



Judge McDade
United States District Court
Federal Courthouse
Peoria, IL  61602

Dear Judge McDade:

I am writing to concerning Mrs. Shirley Johnson. I have met Mrs. Johnson while doing Bible Study/Church Services at the Tazewell County Jail, where she has been residing in the recent past. I have only spoken to her a couple of times during those services; she has presented herself as a calm and respectful person, very interested in sharing her thoughts as they pertain to the scriptures. She appeared during those times to be kind and caring in attitude toward her fellow prisoners. My knowledge of her is limited, but our interactions have been very positive in nature.

I am not aware of the reason that Shirley has been in the jail; I usually do not ask the girls about why they are there, only if they wish to worship the Lord. She has presented herself to me as a pleasant and kind woman. She had asked me to write to you on her behalf, and I appeal to you to be fair and just in this case.

Sincerely,
s/Jean E. Barth

Jean E. Barth

# CERTIFICATE OF COMPLETION

This Certifies That

_Shirley B. Johnson_

has satisfactorily completed the requirements for

Basic Bible Course

And is hereby awarded this certificate
By
Berean Prison Ministries

Peoria, Illinois

On this _17th_ day of _January_ 2008

_Paul D. Meints_
Chaplain

_Ed Graves_
Assistant Chaplain